SANFORD L. MICHELMAN, ESQ. (SBN 179702)
smichelman@mrllp.com
RYAN HONG, ESQ. (SBN 174640)
rhong@mrllp.com
MARC R. JACOBS, ESQ. (SBN 185924)
mjacobs@mrllp.com
BENJAMIN HORWITZ, ESQ. (SBN 306757)
bhorwitz@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone:   (310) 564-2670
Facsimile:   (310) 564-2671

*Attorneys for Plaintiffs* DAN VIGDOR; STEPHEN BRADWAY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>            Plaintiffs,<br><br>     v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); NICHOLAS TALARICO, an individual; DOES 1-50, inclusive,<br><br>            Defendants. | Case No.:  16-cv-05326-HSG<br><br>**ORDER TO EXTEND TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS, AND TO EXTEND TIME TO FILE DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE**<br><br>Current Deadline to File Response: 1/5/17<br><br>Stipulated Deadline to File Response: 1/17/17<br><br>Current Motion to Dismiss Hearing Date:<br>Date: March 2, 2017<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: September 1, 2016<br>Trial Date: None Set |

---

1

[~~PROPOSED~~] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS, AND FOR DEFENDANTS' TO FILE REPLY TO PLAINTIFFS' RESPONSE

446126

# ORDER

Pursuant to stipulation, and for good cause shown, Plaintiffs' deadline to respond to Defendants' Motion to Dismiss is extended to January 17, 2017. Subsequently, Defendants' deadline to respond to Plaintiffs' Response is extended to January 24, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 27, 2016

_____
Hon. Judge Haywood S. Gilliam, Jr.

2

[PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS, AND FOR DEFENDANTS' TO FILE REPLY TO PLAINTIFFS' RESPONSE

446126