1  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
2  bhur@keker.com
   JULIA L. ALLEN - # 286097
3  jallen@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
5  Facsimile:   415 397 7188

6  Attorneys for Defendants
   SUPER LUCKY CASINO INC. and NICHOLAS TALARICO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); NICHOLAS TALARICO, an individual; DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO LIFT PSLRA STAY AND PLAINTIFFS' DEADLINE TO REPLY AND ORDER**<br><br>Date Filed: 9/1/2016<br><br>Trial Date: None Set<br><br>Judge Haywood S. Gilliam, Jr. |

STIPULATED MOTION TO EXTEND TIME AND [PROPOSED] ORDER
Case No. 4:16-cv-5326 HSG

1168839

The undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed a complaint in the above-entitled action in the United States District Court, Northern District of California, on September 16, 2016 (the "Complaint") and filed the Certificate of Service of the Complaint on Defendants on October 5, 2016;

WHEREAS, on October 13, 2016, Defendants filed a Stipulation to Extend Time to Respond to the Complaint, pursuant to Civil Local Rule 6-1(a), which extended Defendants' time to answer or otherwise respond to the complaint 18 days to November 1, 2016;

WHEREAS, Defendants filed a Motion to Dismiss on November 1, 2016, scheduled for hearing on January 19, 2017;

WHEREAS, on November 15, 2016, Plaintiffs filed a Stipulation to Extend Time to File First Amended Complaint and Vacate Motion to Dismiss Hearing Date Upon Filing of First Amended Complaint, which extended Plaintiffs' time to file the First Amended Complaint 7 days to November 29, 2016 and Defendants' deadline to file a response to the First Amended Complaint to December 15, 2016;

WHEREAS, Plaintiffs filed a First Amended Complaint on November 29, 2016;

WHEREAS, on December 7, 2016, Defendants filed a Stipulation Extending Time for Defendants to Respond to First Amended Complaint, which extended Defendants' time to answer or otherwise respond to the First Amended Complaint 7 days to December 22, 2016 and extended Plaintiffs' time to file any opposition 7 days to January 12, 2017;

WHEREAS, Defendants filed a Motion to Dismiss First Amended Complaint on December 22, 2016, scheduled for hearing on March 2, 2017;

WHEREAS, Plaintiffs filed a Stipulation to Extend Time to File Plaintiffs' Response to Defendants' Motion to Dismiss, and To Extend Time to File Defendants' Reply to Plaintiffs' Response on December 23, 2016, and pursuant to stipulation, on December 27, 2016, the Court extended Plaintiffs' deadline to respond to Defendants' Motion to Dismiss 12 days to January 17, 2017 and Defendants' deadline to respond to Plaintiffs' Response 12 days to January 24, 2017;

WHEREAS, Plaintiffs filed a Motion and Notice of Motion to Partially Lift PSLRA

| | |
|---|---|
| 1 | Discovery Stay to Conduct Limited Scope Discovery on May 26, 2017 with a hearing date of July |
| 2 | 6, 2017; |
| 3 | IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that, provided that |
| 4 | the July 6, 2017 hearing date remains unchanged, Defendants' time to respond to Plaintiffs' |
| 5 | Motion and Notice of Motion to Partially Lift PSLRA Discovery Stay to Conduct Limited Scope |
| 6 | Discovery ("Plaintiffs' Motion") is extended seven days, up to and including June 16, 2017, and |
| 7 | Plaintiffs' time to file their reply in support of Plaintiffs' Motion is extended seven days, up to |
| 8 | and including June 23, 2017. This stipulation alters the date of the deadlines fixed by the court on |
| 9 | May 26, 2017, which ordered Defendants' Response due by June 9, 2017 and Plaintiffs' Replies |
| 10 | due by June 16, 2017. Plaintiffs agreed to this stipulation expressly subject to the condition that |
| 11 | and only if this stipulation does not impact or cause to be changed the July 6, 2017 hearing date |
| 12 | on Plaintiffs' Motion. |
| 13 | Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories |
| 14 | have concurred in its filing. |

**IT IS SO STIPULATED**.

**AS STIPULATED BY**:

Dated: June 2, 2017                                    KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
    BENEDICT Y. HUR
    JULIA L ALLEN

    Attorneys for Defendants
    SUPER LUCKY CASINO INC. and
    NICHOLAS TALARICO

| | | |
|---|---|---|
| Dated: June 2, 2017 | | MICHELMAN & ROBINSON, LLP |
| | By: | */s/ Marc R. Jacobs* |
| | | SANFORD L. MICHELMAN |
| | | RYAN HONG |
| | | MARC R. JACOBS |
| | | BENJAMIN HORWITZ |
| | | Attorneys for Plaintiffs |
| | | DAN VIGDOR and |
| | | STEPHEN BRADWAY |

**ORDER**

Pursuant to stipulation, and for good cause shown, Defendants' time to respond to Plaintiffs' Motion and Notice of Motion to Partially Lift PSLRA Discovery Stay to Conduct Limited Scope Discovery is extended to June 16, 2017, and Plaintiffs' time to file their reply in support of Plaintiffs' Motion is extended to June 23, 2017. The hearing date shall remain July 6, 2017 as originally noticed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 9, 2017

*[signature: Haywood S. Gilliam Jr.]*
HON. JUDGE HAYWOOD S. GILLIAM, JR.