1  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
2  bhur@keker.com
   JULIA L ALLEN - # 286097
3  jallen@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone: 415 391 5400
5  Facsimile: 415 397 7188

6  Attorneys for Defendants
   SUPER LUCKY CASINO INC. and NICHOLAS TALARICO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); NICHOLAS TALARICO, an individual; DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**ORDER GRANTING MOTION TO EXTEND ADR DEADLINE**<br><br>Dept.: Courtroom 2 - 4th Floor<br>Judge: Haywood S. Gilliam, Jr.<br><br>Date Filed: 9/1/2016<br><br>Trial Date: None Set |

1     The Court, having considered Defendants' Motion to Extend the ADR Deadline, and the parties' positions and arguments related thereto finds:

IT IS HEREBY ORDERED that Defendants' Motion to Extend ADR Deadline is GRANTED for the reasons stated in their moving papers, and the July 5, 2017 ADR deadline is taken off calendar. The Court will set a new ADR deadline, as needed, as part of the case schedule.

**IT IS SO ORDERED.**

Dated: June 22, 2017

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATED DISTRICT COURT JUDGE

---

1
[PROPOSED] ORDER GRANTING MOTION TO EXTEND ADR DEADLINE
Case No. 4:16-cv-5326 HSG

1173189