SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
mjacobs@mrllp.com
MATTHEW F. MURRAY (SBN 313277)
mmurray@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671

*Attorneys for Plaintiffs* DAN VIGDOR; STEPHEN BRADWAY

KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - #224018
bhur@kvn.com
JULIA L. ALLEN - # 286097
JAllen@kvn.com
633 Batter Street
San Francisco, CA 94111-1809
Telephone: 415 3915400
Facsimile: 415 397 7188

Attorney for Defendants SUPER LUCKY CASINO, INC. and NICHOLAS TALARICO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>Plaintiffs,<br>v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); NICHOLAS TALARICO, an individual; DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 16-cv-05326-HSG<br><br>~~[PROPOSED]~~ **STIPULATED CASE SCHEDULE**<br><br>Date: August 1, 2017<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: September 1, 2016<br>Trial Date: None Set |

The undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows: WHEREAS, the parties, including Plaintiffs Dan Vigdor and Stephen

1

**STIPULATED** ~~PROPOSED~~ **CASE SCHEDULE**
4833-8282-5548

Bradway ("Plaintiffs"), and Defendant Super Lucky Casino Inc. ("Defendant" and together with Plaintiffs, collectively referred to as the "Parties"), appeared before the Court for the Case Management Conference on August 1, 2017;

WHEREAS, now having had the opportunity to further meet and confer following the guidance from the Court;

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that, subject to the Court's agreement or setting of alternative dates consistent with the Court's calendar, the following case schedule shall govern:

| Event | Deadline |
| --- | --- |
| File Second Amended Complaint | August 8, 2017 |
| Exchange Initial Disclosures | August 15, 2017 |
| Last Day to Amend Pleadings | November 30, 2017 |
| ADR Deadline | December 15, 2017 |
| Close of Fact Discovery | January 30, 2018 |
| Disclosure of Expert Witnesses and Exchange of Expert Reports | February 23, 2018 |
| Disclosure of Rebuttal Expert Witnesses and Exchange of Rebuttal Expert Reports | March 23, 2018 |
| Close of Expert Discovery | April 18, 2018 |
| Dispositive Motions Filing Deadline | May 18, 2018 |
| Oppositions to Dispositive Motions Filing Deadline | June 1, 2018 |
| Replies In Support of Dispositive Motions Filing Deadline | June 8, 2018 |
| Dispositive Motion Hearing Date | June 28, 2018 at 2:00 p.m. |
| Exchange Witness Lists and Citations to Evidence | August 8, 2018 |
| Motions in Limine Filing Deadline | August 14, 2018 |
| Joint Pretrial Statement and Proposed Order, Proposed Jury Instructions, Voir Dire Questions, Verdict Forms, Statement of the Case, Trial | August 21, 2018 |

**STIPULATED** ~~PROPOSED~~ **CASE SCHEDULE**
4833-8282-5548

| Briefs, and Oppositions to Motions and Limine Filing Deadline | |
|---|---|
| Pretrial Conference | September 4, 2018 at 3:00 p.m. |
| Trial | September 18, 2018 at 8:30 a.m. |

IT IS SO STIPULATED BY:

Dated: August 3, 2017  **MICHELMAN & ROBINSON LLP**

By /Marc Jacobs/
Sanford L. Michelman
Marc R. Jacobs
Matthew F. Murray
*Attorneys for Plaintiffs*

Dated: August 3, 2017  **KEKER, VAN NEST & PETERS LLP**

By /Ben Hur/
Benedict Y. Hur
Julia L. Allen
*Attorneys for Defendants*

## [PROPOSED] ORDER

Pursuant to stipulation, and according to the Court's availability, the foregoing proposed case schedule is hereby ordered except the jury trial will begin on Monday, September 17, 2018 at 8:30 a.m. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 4, 2017__

*Haywood S. Gilliam, Jr.*
HON. JUDGE HAYWOOD S. GILLIAM, JR.