| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>SHAYNE HENRY - # 300188<br>shenry@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 |
| 7<br>8 | Attorneys for Defendant<br>SUPER LUCKY CASINO INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); DOES 1-50, inclusive,<br><br>   Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**STIPULATION**<br><br>Date Filed:  9/1/2016<br><br>Trial Date:  September 18, 2018<br><br>Judge Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | The undersigned parties to this action, by and through their undersigned counsel, hereby |
| 2 | agree and stipulate as follows: |
| 3 | WHEREAS, Plaintiffs filed a Second Amended Complaint on August 8, 2017; |
| 4 | WHEREAS, the Parties met and conferred regarding the scope of the Second Amended |
| 5 | Complaint given the Court's June 23, 2017 Order Granting in Part Motion to Dismiss; |
| 6 | WHEREAS, Plaintiffs agreed to remove the allegation in paragraph 81(a) from the First |
| 7 | Cause of Action (Breach of Contract); |
| 8 | WHEREAS, Defendant agreed not to file a motion to dismiss the Second Amended |
| 9 | Complaint if Plaintiffs removed paragraph 81(a); |
| 10 | WHEREAS, the Parties agreed to file a stipulated request for leave for Plaintiffs to file an |
| 11 | amended complaint removing paragraph 81(a); |
| 12 | IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that, |
| 13 | The Parties request that the Court grant Plaintiffs leave to file an amended complaint |
| 14 | removing paragraph 81(a) by no later than August 25, 2017 and that Defendant's answer be due |
| 15 | within fourteen days of the filing of the amended complaint, no later than September 8, 2017; |
| 16 | Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories |
| 17 | have concurred in its filing. |
| 18 | **IT IS SO STIPULATED**. |
| 19 | **AS STIPULATED BY**: |

Dated: August 18, 2017

KEKER, VAN NEST & PETERS LLP

By: */s/ Julia L. Allen*
BENEDICT Y. HUR
JULIA L. ALLEN
SHAYNE HENRY

Attorneys for Defendant
SUPER LUCKY CASINO INC.

1184813

| | | |
|---|---|---|
| 1 | Dated: August 18, 2017 | MICHELMAN & ROBINSON, LLP |
| 2 | | |
| 3 | | By: */s/ Marc R. Jacobs* |
| | | SANFORD L. MICHELMAN |
| 4 | | RYAN HONG |
| | | MARC R. JACOBS |
| 5 | | BENJAMIN HORWITZ |
| 6 | | Attorneys for Plaintiffs |
| | | DAN VIGDOR and |
| 7 | | STEPHEN BRADWAY |

**ORDER**

Pursuant to stipulation, and for good cause shown,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 18, 2017

_Haywood S. Gilliam Jr._
HON. JUDGE HAYWOOD S. GILLIAM, JR.