SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
mjacobs@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671

*Attorneys for Plaintiffs* DAN VIGDOR; STEPHEN BRADWAY

KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
JULIA ALLEN - # 286097
jallen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant* SUPER LUCKY CASINO, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUPER LUCKY CASINO, INC., a California corporation (formerly known as 12 GIGS, INC.); DOES 1-50, inclusive,<br><br>    Defendant. | Case No.: 16-cv-05326-HSG<br>[Hon. Haywood S. Gilliam, Presiding, Rm 10]<br><br>**STIPULATION AND ORDER TO CONTINUE AMENDED PLEADING DEADLINE**<br><br>(Declaration of Robert Estrin filed concurrently herewith)<br><br>**Complaint Filed: September 16, 2016**<br>**Trial Date: September 17, 2018** |

1
**STIPULATION AND ORDER TO CONTINUE AMENDED PLEADING DEADLINE**
**4842-0664-0972, V. 2**

The undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the Court issued a June 23, 2017 Order Granting in Part Motion to Dismiss;

WHEREAS, Plaintiffs Dan Vigdor and Stephen Bradway ("Plaintiffs") and Defendant Super Lucky Casino, Inc. ("Defendant" and together with Plaintiffs, collectively referred to as the "Parties") appeared before the Court for the Case Management Conference on August 1, 2017;

WHEREAS, the Parties met and conferred following guidance from the Court and proposed a stipulation where that the last day to amend the pleadings shall be November 30, 2017 (Document Number 63);

WHEREAS, on August 4, 2017 the Court entered the Parties' stipulation and the last day to amend the pleadings was set at November 30, 2017 (Document Number 64);

WHEREAS, Plaintiffs filed a Third Amended Complaint on August 18, 2017 (Document Number 70);

WHEREAS, Plaintiffs wish to file a Fourth Amended Complaint;

WHEREAS, Plaintiffs requested, and Defendant agreed not to oppose Plaintiffs' request for an extension of one month for the deadline for Plaintiffs to seek leave to amend their complaint;

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that the Parties request the Court continue the last day to amend the pleadings from November 30, 2017 to December 30, 2017;

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that all signatories have concurred in its filing.

**IT IS SO STPULATED.**

**AS STIPULATED BY:**

| | | |
|---|---|---|
| 1 | Dated: November 2, 2017 | **MICHELMAN & ROBINSON, LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Marc Jacobs |
| | | Sanford L. Michelman |
| 5 | | Marc R. Jacobs |
| 6 | | *Attorneys for Plaintiffs* |
| | | DAN VIGDOR and STEPHEN BRADWAY |
| 7 | | |
| 8 | Dated: November 2, 2017 | **KEKER, VAN NEST & PETERS LLP** |

By: /s/ Benedict Y. Hur
   Benedict Y. Hur
   Julia L. Allen

   *Attorneys for Defendant*
   SUPER LUCKY CASINO INC.

**IT IS SO ORDERED.**

November 2, 2017

*[signature]*
Hon. Haywood S. Gilliam, Jr.