SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
mjacobs@mrllp.com
ROBERT D. ESTRIN (SBN 260402)
restrin@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671

*Attorneys for Plaintiffs* DAN VIGDOR; STEPHEN BRADWAY

KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
JULIA ALLEN - # 286097
jallen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant* SUPER LUCKY CASINO, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual, <br><br> Plaintiffs, <br> v. <br><br> SUPER LUCKY CASINO, INC., a California corporation (formerly known as 12 GIGS, INC.); DOES 1-50, inclusive, <br><br> Defendant. | Case No.: 16-cv-05326-HSG <br> [Hon. Haywood S. Gilliam, Presiding, Rm 10] <br><br> **STIPULATION AND ORDER TO CONTINUE AMENDED PLEADING AND MEDIATION DEADLINES** <br><br> (Declaration of Robert Estrin filed concurrently herewith) <br><br> **Complaint Filed: September 16, 2016** <br> **Trial Date: September 17, 2018** |

The undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the Court issued a June 23, 2017 Order Granting in Part Motion to Dismiss;

WHEREAS, Plaintiffs Dan Vigdor and Stephen Bradway ("Plaintiffs") and Defendant Super Lucky Casino, Inc. ("Defendant" and together with Plaintiffs, collectively referred to as the "Parties") appeared before the Court for the Case Management Conference on August 1, 2017;

WHEREAS, the Parties met and conferred following guidance from the Court and proposed a stipulation where that the last day to amend the pleadings shall be November 30, 2017 (Document Number 63);

WHEREAS, on August 4, 2017 the Court entered the Parties' stipulation and the last day to amend the pleadings was set at November 30, 2017 (Document Number 64);

WHEREAS, Plaintiffs filed a Third Amended Complaint on August 18, 2017 (Document Number 70);

WHEREAS, Plaintiffs wish to file a Fourth Amended Complaint;

WHEREAS, Plaintiffs and Defendant previously agreed to extend the deadline for leave to amend the pleadings to December 30, 2017.

WHEREAS, due to deposition scheduling in this case and the holidays, an additional two-week extension is requested to allow the Parties to amend the pleadings.

WHEREAS, Plaintiffs requested, and Defendant agreed not to oppose Plaintiffs' request for an extension of two weeks for the deadline for Plaintiffs to seek leave to amend their complaint;

WHEREAS, the Parties elected, and on January 5, 2017, the Court ordered, that the Parties participate in mediation (private ADR) within 180 days of that order, creating an ADR deadline of July 5, 2017;

| | |
|---|---|
| 1 | WHEREAS, the Court entered the Parties' stipulated case management order on August 4, 2017, setting a new ADR deadline of December 15, 2017 (Document Number 64); |
| 2 | |
| 3 | |
| 4 | WHEREAS, Defendant requested, and Plaintiffs agreed not to oppose Defendant's request for a one-month extension of the ADR deadline; |
| 5 | |
| 6 | IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that the Parties request the Court continue the last day to amend the pleadings from December 30, 2017 to January 12, 2018 and the Court continue the ADR deadline from December 15, 2017 to January 31, 2018; |
| 7 | |
| 8 | |
| 9 | |
| 10 | Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that all signatories have concurred in its filing. |
| 11 | |
| 12 | **IT IS SO STPULATED.** |
| 13 | **AS STIPULATED BY:** |
| 14 | Dated: November 28, 2017     **MICHELMAN & ROBINSON, LLP** |
| 15 | |
| 16 | |
| 17 | By:  /s/ Marc Jacobs |
| 18 |         Sanford L. Michelman
        Marc R. Jacobs |
| 19 | *Attorneys for Plaintiffs*
DAN VIGDOR and STEPHEN BRADWAY |
| 20 | |
| 21 | |
| 22 | Dated: November 28, 2017     **KEKER, VAN NEST & PETERS LLP** |
| 23 | |
| 24 | |
| 25 | By:  /s/ Benedict Y. Hur |
| 26 |         Benedict Y. Hur
        Julia L. Allen |
| 27 | *Attorneys for Defendant*
SUPER LUCKY CASINO INC. |
| 28 | |

1 **IT IS SO ORDERED.**

November 28, 2017

_____
Hon. Haywood S. Gilliam, Jr.