| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>SHAYNE HENRY - # 300188<br>shenry@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Defendant<br>SUPER LUCKY CASINO INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**STIPULATION AND ORDER TO CONTINUE MEDIATION DEADLINE**<br><br>Date Filed: September 1, 2016<br><br>Trial Date: September 17, 2018<br><br>Judge Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | The undersigned parties to this action, by and through their undersigned counsel, hereby |
| 2 | agree and stipulate as follows: |
| 3 | **WHEREAS**, the Parties elected, and on January 5, 2017, the Court ordered, that the |
| 4 | Parties participate in mediation (private ADR) within 180 days of that order, creating an ADR |
| 5 | deadline of July 5, 2017; |
| 6 | **WHEREAS**, the Court entered the Parties' stipulated case management order on August |
| 7 | 4, 2017, setting a new ADR deadline of December 15, 2017; |
| 8 | **WHEREAS**, the Court entered the Parties' stipulation continuing the ADR deadline from |
| 9 | December 15, 2017 to January 31, 2018; |
| 10 | **WHEREAS**, due to the limited availability of the Parties and their chosen mediator, the |
| 11 | Parties have been unable to schedule the mediation prior to January 31, 2018; |
| 12 | **WHEREAS**, the mediator and the Parties are available for mediation on February 28, |
| 13 | 2018; |
| 14 | **IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES** that the Parties |
| 15 | request that the Court continue the ADR deadline from January 31, 2018 to February 28, 2018. |
| 16 | Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories |
| 17 | have concurred in its filing. |
| 18 | **IT IS SO STIPULATED**. |
| 19 | **AS STIPULATED BY**: |

Dated: January 10, 2018                                    KEKER, VAN NEST & PETERS LLP

                                            By:  */s/ Benedict Y. Hur*
                                                 BENEDICT Y. HUR
                                                 JULIA L. ALLEN
                                                 SHAYNE HENRY

                                                 Attorneys for Defendant
                                                 SUPER LUCKY CASINO INC.

| | | |
|---|---|---|
| Dated: January 10, 2018 | | MICHELMAN & ROBINSON, LLP |

By: */s/Marc R. Jacobs*
SANFORD L. MICHELMAN
MARC R. JACOBS

Attorneys for Plaintiffs
DAN VIGDOR and
STEPHEN BRADWAY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 11, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge