| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | BENEDICT Y. HUR - # 224018 |
| 2 | bhur@keker.com |
| | JULIA L. ALLEN - # 286097 |
| 3 | jallen@keker.com |
| | SHAYNE HENRY - # 300188 |
| 4 | shenry@keker.com |
| | SARAH SALOMON - # 308770 |
| 5 | ssalomon@keker.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 7 | Facsimile: 415 397 7188 |
| 8 | Attorneys for Defendant |
| | SUPER LUCKY CASINO INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**JOINT GOOD CAUSE STATEMENT, REQUEST AND ORDER TO EXTEND CASE DEADLINES**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: September 1, 2016<br><br>Trial Date: September 17, 2018 |

The undersigned parties to this action, by and through their undersigned counsel, hereby request that the Court amend the case schedule as follows and provide the following particularized reasons showing good cause for the requested changes pursuant to the Court's Standing Order for Civil Cases:

On August 4, 2017, the parties stipulated to and the Court ordered a case schedule. Dkt. 64. On January 16, 2018, Plaintiffs filed a motion for leave to file a Fourth Amended Complaint that adds seven new causes of action and two individual defendants, Dkt. 82, which the Court granted on April 13, 2018, Dkt. 91. The new claims in the Fourth Amended Complaint include breach of contract, fraudulent concealment, conversion, libel, intentional interference with contractual relations, breach of fiduciary duty, and breach of the implied covenant of good faith and fair dealing. *See* Dkt. 92-4. In response to the Court's guidance at the hearing on Plaintiffs' motion for leave to file a Fourth Amended Complaint, the parties met and conferred regarding the current case schedule.

In light of the order granting Plaintiffs' leave to file the Fourth Amended Complaint, the parties agree that additional discovery is necessary and hereby request to extend the trial date and related case deadlines approximately 90 days given the expanded scope of the case. Further, the parties agree that Defendants will not bring a motion to dismiss, but instead will combine their motion to dismiss with their summary judgment motion. Moreover, the parties agree that Defendants can each serve one set of written discovery requests (requests for production, interrogatories and requests for admission). The parties will then meet and confer to discuss whether further discovery is necessary for either party. The parties agree discovery will be limited to Defendants' written discovery mentioned above unless otherwise stipulated after the meet and confer.

IT IS HEREBY REQUESTED that, subject to the Court's approval or setting of alternative dates consistent with the Court's calendar, the following case schedule shall govern:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for Completion of Fact Discovery | N/A | June 29, 2018 |

1
JOINT GOOD CAUSE STATEMENT, REQUEST AND ORDER TO EXTEND CASE DEADLINES
Case No. 4:16-cv-5326 HSG

1268935

| | | |
|---|---|---|
| Dispositive Motions Filing Deadline | May 18, 2018 | August 17, 2018 |
| Oppositions to Dispositive Motions Filing Deadline | June 1, 2018 | August 31, 2018 |
| Replies In Support of Dispositive Motions Filing Deadline | June 8, 2018 | September 7, 2018 |
| Dispositive Motion Hearing Date | June 28, 2018 at 2:00 p.m. | September 27, 2018 at 2:00 p.m. |
| Exchange Witness Lists and Citations to Evidence | August 8, 2018 | October 30, 2018 |
| Motions in Limine Filing Deadline | August 14, 2018 | November 6, 2018 |
| Joint Pretrial Statement and Proposed Order, Proposed Jury Instructions, Voir Dire Questions, Verdict Forms, Statement of Case, Trial Briefs, and Oppositions to MIL Filing Deadline | August 21, 2018 | November 13, 2018 |
| Pretrial Conference | September 4, 2018 at 3:00 p.m. | November 27, 2018 at 3:00 p.m. |
| Trial | September 17, 2018 @ 8:30 a.m. | December 10, 2018 @ 8:30 a.m. |

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: April 24, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
    BENEDICT Y. HUR
    JULIA L. ALLEN
    SHAYNE HENRY
    SARAH SALOMON

Attorneys for Defendant
SUPER LUCKY CASINO INC.

Dated: April 24, 2018

MICHELMAN & ROBINSON, LLP

By: */s/ Marc R. Jacobs*
    SANFORD L. MICHELMAN
    MARC R. JACOBS
    ROBERT D. ESTRIN
    Attorneys for Plaintiffs
    DAN VIGDOR and
    STEPHEN BRADWAY

## **ORDER**

Pursuant to the joint request of the parties, and for good cause shown, the case schedule is amended as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for Completion of Fact Discovery | N/A | June 29, 2018 |
| Dispositive Motions Filing Deadline | May 18, 2018 | August 17, 2018 |
| Oppositions to Dispositive Motions Filing Deadline | June 1, 2018 | August 31, 2018 |
| Replies In Support of Dispositive Motions Filing Deadline | June 8, 2018 | September 7, 2018 |
| Dispositive Motion Hearing Date | June 28, 2018 at 2:00 p.m. | September 27, 2018 at 2:00 p.m. |
| Exchange Witness Lists and Citations to Evidence | August 8, 2018 | October 30, 2018 |
| Motions in Limine Filing Deadline | August 14, 2018 | November 6, 2018 |
| Joint Pretrial Statement and Proposed Order, Proposed Jury Instructions, Voir Dire Questions, Verdict Forms, Statement of Case, Trial Briefs, and Oppositions to MIL Filing Deadline | August 21, 2018 | November 13, 2018 |
| Pretrial Conference | September 4, 2018 at 3:00 p.m. | November 27, 2018 at 3:00 p.m. |
| Trial | September 17, 2018 @ 8:30 a.m. | December 10, 2018 @ 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: April 25, 2018

                                           *Haywood S. Gilliam Jr.*
                                       HON. JUDGE HAYWOOD S. GILLIAM, JR.