SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
mjacobs@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671

*Attorneys for Plaintiffs* DAN VIGDOR; STEPHEN BRADWAY

KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
JULIA ALLEN - # 286097
jallen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendants*
SUPER LUCKY CASINO, INC.
NICHOLAS TALARICO, AND BRET TERRILL

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>Plaintiffs,<br>v.<br><br>SUPER LUCKY CASINO, INC., a California corporation (formerly known as 12 GIGS, INC.); Nicholas Talarico, and individual; Bret Terrill, and individual; DOES 2-50, inclusive,<br><br>Defendant. | Case No.: 16-cv-05326-HSG<br>[Hon. Haywood S. Gilliam, Jr., Presiding]<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFFS' SEVENTH CAUSE OF ACTION FOR BREACH OF FIDUCIARY DUTY**<br><br>**Complaint Filed: September 16, 2016**<br>**Trial Date: December 10, 2018** |

The undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs Dan Vigdor and Stephen Bradway ("Plaintiffs") included in their Fourth Amended Complaint a cause of action against Defendants Nicholas Talarico and Bret Terrill ("Defendants") for breach of fiduciary duty; and

WHEREAS, the parties have reached an agreement to resolve this cause of action for breach of fiduciary duty without the Court's further involvement.

IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES that Plaintiffs voluntarily dismiss their seventh cause of action for breach of fiduciary duty with prejudice. Further, Defendants and Super Lucky Casino, Inc. ("Super Lucky") shall not use this stipulated dismissal as grounds to seek attorneys' fees, expenses, or costs regarding Plaintiffs' breach of fiduciary cause of action. Finally, Defendants and Super Lucky shall not raise before the jury the dismissal of Plaintiffs' breach of fiduciary duty cause of action and will not base a future claim/cause of action on Plaintiffs' voluntary dismissal of their breach of fiduciary cause of action.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that all signatories have concurred in its filing.

**IT IS SO STPULATED.**

**AS STIPULATED BY:**

Dated: July 2, 2018                      **MICHELMAN & ROBINSON, LLP**

                                             By: /s/ Marc Jacobs
                                                  Sanford L. Michelman
                                                  Marc R. Jacobs
                                                  *Attorneys for Plaintiffs*
                                                  DAN VIGDOR and STEPHEN BRADWAY

Dated: July 2, 2018  **KEKER, VAN NEST & PETERS LLP**

By: /s/ Benedict Y. Hur
  Benedict Y. Hur
  Julia L. Allen
  *Attorneys for Defendant*
  SUPER LUCKY CASINO INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

July 2, 2018

Hon. Haywood S. Gilliam, Jr.