KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
SHAYNE HENRY - # 300188
shenry@keker.com
SARAH SALOMON - # 308770
ssalomon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
SUPER LUCKY CASINO INC., NICHOLAS TALARICO,
AND BRET TERRILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); Nicholas Talarico, an individual; Bret Terrill, an individual; DOES 2-50, inclusive,<br><br>Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**ORDER GRANTING DEFENDANTS SUPER LUCKY CASINO INC., NICHOLAS TALARICO, AND BRET TERRILL'S MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE PAGE LIMIT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: September 19, 2016<br>Trial Date: September 17, 2018 |

ORDER GRANTING DEFS. SUPER LUCKY CASINO INC., NICHOLAS TALARICO, AND BRET TERRILL'S MOTION FOR ADMINISTRATIVE RELIEF TO ENLARGE PAGE LIMIT
Case No. 4:16-cv-5326 HSG

1293733

| | |
|---|---|
| 1 | Before the Court is Defendants Super Lucky Casino Inc., Nicholas Talarico, and Bret |
| 2 | Terrill's Motion for Administrative Relief to Enlarge Page Limit, and having considered the |
| 3 | motion and supporting papers, IT IS HEREBY ORDERED that Defendants' request to enlarge |
| 4 | the page limit is GRANTED. Defendants are granted three additional pages, for a total of 28 |
| 5 | pages, for their dispositive motion due August 17, 2018. |
| 6 | **IT IS SO ORDERED**. |
| 7 | |
| 8 | Dated: August 16, 2018 |

_Hon. Haywood S. Gilliam, Jr._
UNITED STATES DISTRICT COURT JUDGE