1  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
2  bhur@keker.com
   JULIA L. ALLEN - # 286097
3  jallen@keker.com
   SHAYNE HENRY - # 300188
4  shenry@keker.com
   SARAH SALOMON - # 308770
5  ssalomon@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
7  Facsimile:  415 397 7188

8  Attorneys for Defendants
   SUPER LUCKY CASINO INC., NICHOLAS TALARICO,
9  AND BRET TERRILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); Nicholas Talarico, an individual; Bret Terrill, an individual; DOES 2-50, inclusive,<br><br>　　　　　Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANTS SUPER LUCKY CASINO, INC., NICHOLAS TALARICO, AND BRET TERRILL'S DEADLINE TO FILE A MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES**<br><br>Dept.:　2<br>Judge:　Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: September 19, 2016<br>Trial Date: December 10, 2018 |

STIPULATION AND ORDER TO CONTINUE DEFENDANTS SUPER LUCKY CASINO, INC.,
NICHOLAS TALARICO, AND BRET TERRILL'S DEADLINE TO FILE A MOTION FOR AWARD OF
REASONABLE ATTORNEYS' FEES AND EXPENSES
Case No. 4:16-cv-5326 HSG

1312784.v1

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 6-2, the undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows: |

Pursuant to Civil L.R. 6-2, the undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on November 20, 2018, the Court granted summary judgment to Defendants on all of Plaintiffs' causes of action, Dkt. 173;

WHEREAS, the Court entered final judgment in favor of Defendants on that same date, Dkt. 175;

WHEREAS, pursuant to Civ. Local Rule 54-1, Defendants' deadline to file a bill of costs is December 4, 2018, which is 14 days after entry of judgment by the Court on November 20, 2018;

WHEREAS, pursuant to Civ. Local Rule 54-5, Defendants' deadline to file a motion seeking the award of reasonable attorneys' fees and expenses is also December 4, 2018;

WHEREAS, these deadlines have not been previously extended and their extension as stipulated will not otherwise affect the schedule for this case;

**IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES**, subject to the Court's Order, that Defendants deadline to file their bill of costs and motion for an award of reasonable attorneys' fees and expenses shall be extended from December 4, 2018 to December 18, 2018.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

**IT IS SO STIPULATED.**

**AS STIPULATED BY:**

Dated: December 3, 2018                                        KEKER, VAN NEST & PETERS LLP

                                                                                By:   */s/ Benedict Y. Hur*

1
STIPULATION AND ORDER TO CONTINUE DEFENDANTS SUPER LUCKY CASINO, INC., NICHOLAS TALARICO, AND BRET TERRILL'S DEADLINE TO FILE A MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND EXPENSES
Case No. 4:16-cv-5326 HSG

1312784.v1

BENEDICT Y. HUR
JULIA L. ALLEN
SHAYNE HENRY
SARAH SALOMON

Attorneys for Defendants
SUPER LUCKY CASINO INC.,
NICHOLAS TALARICO,
AND BRET TERRILL

Dated: December 3, 2018                MICHELMAN & ROBINSON, LLP

By: */s/ Marc R. Jacobs*
Attorneys for Plaintiffs
DAN VIGDOR and
STEPHEN BRADWAY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/4/2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge

2
STIPULATION AND ORDER TO CONTINUE DEFENDANTS SUPER LUCKY CASINO, INC.,
NICHOLAS TALARICO, AND BRET TERRILL'S DEADLINE TO FILE A MOTION FOR AWARD OF
REASONABLE ATTORNEYS' FEES AND EXPENSES
Case No. 4:16-cv-5326 HSG

1312784.v1