| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>SHAYNE HENRY - # 300188<br>shenry@keker.com<br>SARAH SALOMON - # 308770<br>ssalomon@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 |
| 8<br>9 | Attorneys for Defendants<br>SUPER LUCKY CASINO INC., NICHOLAS TALARICO,<br>AND BRET TERRILL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>            Plaintiffs,<br><br>       v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); Nicholas Talarico, an individual; Bret Terrill, an individual; DOES 2-50, inclusive,<br><br>            Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO OPPOSE**<br><br>Dept.:       2<br>Judge:      Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: September 19, 2016<br>Trial Date:  December 10, 2018 |

STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO OPPOSE
Case No. 4:16-cv-5326 HSG

1314024

Pursuant to Civil L.R. 6-2, the undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on November 20, 2018, the Court granted summary judgment to Defendants on all of Plaintiffs' causes of action, Dkt. 173;

WHEREAS, the Court entered final judgment in favor of Defendants on that same date, Dkt. 175;

WHEREAS, pursuant to Civ. Local Rule 54-1, Defendants' deadline to file a bill of costs was December 4, 2018;

WHEREAS, pursuant to Civ. Local Rule 54-5, Defendants' deadline to file a motion seeking the award of reasonable attorneys' fees and expenses was also December 4, 2018;

WHEREAS, on December 4, 2018, the Court entered an Order extending both Defendants' deadline to file a bill of costs and to file a motion seeking the award of reasonable attorneys' fees and expenses to December 18, 2018, Dkt. 177;

WHEREAS, the parties continue to engage in good faith settlement discussions relating to resolution of Defendants' claim to attorneys' fees and costs and believe that more time could help the parties resolve their dispute;

**IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES**, subject to the Court's Order, that Defendants' deadline to file their bill of costs and motion for an award of reasonable attorneys' fees and expenses shall be extended from December 18, 2018 to December 21, 2018, and that Plaintiffs' deadline to file an opposition shall be extended to January 11, 2019.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

//

//

//

//

//

1
STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO OPPOSE
Case No. 4:16-cv-5326 HSG

1314024

**IT IS SO STIPULATED.**

**AS STIPULATED BY:**

Dated: December 13, 2018                KEKER, VAN NEST & PETERS LLP

                                        By:  */s/ Benedict Y. Hur*
                                             BENEDICT Y. HUR
                                             JULIA L. ALLEN
                                             SHAYNE HENRY
                                             SARAH SALOMON

                                             Attorneys for Defendants
                                             SUPER LUCKY CASINO INC.,
                                             NICHOLAS TALARICO,
                                             AND BRET TERRILL

Dated: December 13, 2018                MICHELMAN & ROBINSON, LLP

                                        By:  */s/ Marc R. Jacobs*
                                             SANFORD L. MICHELMAN
                                             MARC R. JACOBS
                                             ROBERT ESTRIN

                                             Attorneys for Plaintiffs
                                             DAN VIGDOR and
                                             STEPHEN BRADWAY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 14, 2018

                                        Hon. Haywood S. Gilliam, Jr.
                                        United States District Judge

2

STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO OPPOSE
Case No. 4:16-cv-5326 HSG

1314024