1  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
2  bhur@keker.com
   JULIA L. ALLEN - # 286097
3  jallen@keker.com
   SHAYNE HENRY - # 300188
4  shenry@keker.com
   SARAH SALOMON - # 308770
5  ssalomon@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Defendants
   SUPER LUCKY CASINO INC., NICHOLAS TALARICO,
9  AND BRET TERRILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAN VIGDOR, an individual; STEPHEN BRADWAY, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUPER LUCKY CASINO INC., a California corporation (formerly known as 12 GIGS, INC.); Nicholas Talarico, an individual; Bret Terrill, an individual; DOES 2-50, inclusive,<br><br>    Defendants. | Case No. 4:16-cv-5326 HSG<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO OPPOSE**<br><br>Dept.:    2<br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: September 19, 2016<br>Trial Date: December 10, 2018 |

STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO OPPOSE
Case No. 4:16-cv-5326 HSG

1316671

Pursuant to Civil L.R. 6-2, the undersigned parties to this action, by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on November 20, 2018, the Court granted summary judgment to Defendants on all of Plaintiffs' causes of action, Dkt. 173;

WHEREAS, the Court entered final judgment in favor of Defendants on that same date, Dkt. 175;

WHEREAS, pursuant to Civ. Local Rule 54-1, Defendants' deadline to file a bill of costs was December 4, 2018;

WHEREAS, pursuant to Civ. Local Rule 54-5, Defendants' deadline to file a motion seeking the award of reasonable attorneys' fees and expenses was also December 4, 2018;

WHEREAS, on December 4, 2018, the Court entered an Order extending both Defendants' deadline to file a bill of costs and to file a motion seeking the award of reasonable attorneys' fees and expenses to December 18, 2018, Dkt. 177;

WHEREAS, on December 14, 2018, the Court entered an Order extending both Defendants' deadline to file a bill of costs and to file a motion seeking the award of reasonable attorneys' fees and expenses to December 21, 2018, and Plaintiffs' deadline to oppose to January 11, 2019, Dkt. 179;

WHEREAS, on December 21, 2018, the Court entered an Order extending both Defendants' deadline to file a bill of costs and to file a motion seeking the award of reasonable attorneys' fees and expenses to January 21, 2019, Dkt. 182;

WHEREAS, the parties have agreed to a settlement in principle that would resolve Defendants' claim to attorneys' fees and costs but need more time to execute the agreement;

**IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES**, subject to the Court's Order, that Defendants' deadline to file their bill of costs and motion for an award of reasonable attorneys' fees and expenses shall be extended from January 21, 2019 to February 4, 2019. Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

1
STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO OPPOSE
Case No. 4:16-cv-5326 HSG
1316671

**IT IS SO STIPULATED.**

**AS STIPULATED BY:**

Dated: January 16, 2019                                KEKER, VAN NEST & PETERS LLP

                                                By:  */s/ Benedict Y. Hur*
                                                     BENEDICT Y. HUR
                                                     JULIA L. ALLEN
                                                     SHAYNE HENRY
                                                     SARAH SALOMON

                                                     Attorneys for Defendants
                                                     SUPER LUCKY CASINO INC.,
                                                     NICHOLAS TALARICO,
                                                     AND BRET TERRILL

Dated: January 16, 2019                                MICHELMAN & ROBINSON, LLP

                                                By:  */s/ Marc R. Jacobs*
                                                     SANFORD L. MICHELMAN
                                                     MARC R. JACOBS
                                                     ROBERT ESTRIN

                                                     Attorneys for Plaintiffs
                                                     DAN VIGDOR and
                                                     STEPHEN BRADWAY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 17, 2019

                                                     Hon. Haywood S. Gilliam, Jr.
                                                     United States District Judge

2
STIPULATION AND ORDER CONTINUING DEFENDANTS' DEADLINE TO FILE A BILL OF COSTS
AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND PLAINTIFFS' DEADLINE TO
OPPOSE
Case No. 4:16-cv-5326 HSG

1316671